UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC.,<br><br>     Plaintiffs,<br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br>     Defendant. | C.A. No. 1:04-CV-10848-DPW |

## MOTION OF DEFENDANT TO STRIKE AND LIMIT PLAINTIFFS' JURY DEMAND

Pursuant to Federal Rules of Civil Procedure 12(f) and 39(a)(2) and Local Rule 7.1, defendant Liberty Mutual Insurance Company ("Liberty Mutual") hereby moves this Court to strike the jury demand as to Count I and limit the jury demand as to Count II in the Complaint filed by plaintiffs, The Black & Decker Corporation, Black & Decker Inc., Black & Decker (U.S.) Inc., Emhart Corporation, and Emhart, Inc., (hereinafter collectively referred to as "Black & Decker").

This Complaint alleges, in substantial part, violations of M.G.L. c. 93A (Count I) and also of Connecticut Unfair Trade Practices Act ("CUTPA") (Count II), C.G.S. § 42-110a et seq. See Complaint, at ¶¶ 112-122. A right to jury trial does not exist under M.G.L. c. 93A, and, Black & Decker is not entitled to one under C.G.S. § 42-110a et seq. for any claim for punitive damages, attorneys' fees, injunctive or equitable relief or costs.

In further support of this Motion, Liberty Mutual also files the accompanying Memorandum.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Counsel for Liberty Mutual certifies that counsel have conferred and attempted in good faith to resolve or narrow the issue presented in this motion.

### REQUEST FOR ORAL ARGUMENT

Liberty Mutual believes oral argument may assist the Court and respectfully requests an opportunity to be heard.

LIBERTY MUTUAL INSURANCE COMPANY

By its attorneys,

_____
Ralph T. Lepore, III (BBO# 294420)
Deborah E. Barnard (BBO# 550654)
Jennifer L. Antoniazzi (BBO# 654653)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: May 20, 2004

# 1905988_v1

*I hereby certify under the pains and penalties of perjury that this document was served upon counsel for all parties in this case on 5/20/04 by hand/by mail.*