UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC.,<br><br>Plaintiffs,<br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION<br>No. 1:04-CV-10848-DPW |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiffs, The Black & Decker Corporation, et al., and Defendant, Liberty Mutual Insurance Company, jointly move for entry of a protective order in the form annexed hereto.

As reasons therefore, the parties assert that this action involves confidential and sensitive information that should remain confidential. Previously, this Court entered an Order in the main action, <u>Liberty Mutual Insurance Company v. The Black & Decker, et al.</u>, C.A. No. 96-10804-DPW, a copy of which is annexed hereto as Exhibit A. Out of an abundance of caution, and due to the fact that certain matters referenced in the original Order have been concluded, and that the identity of certain counsel have changed, the parties seek entry of another, and slightly different, Order in this action, and attach the proposed Order as Exhibit B hereto.

- 2 -

| | Respectfully submitted, |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY | THE BLACK & DECKER CORPORATION, ET ALS. |
| By its Attorneys, | By their Attorneys, |

*/s/ Ralph T. Lepore, III*   */s/ Jack R. Pirozzolo*

Ralph T. Lepore, III (BBO #294420)  
Deborah E. Barnard (BBO #550654)  
Brett D. Carroll (BBO #640569)  
HOLLAND & KNIGHT LLP  
10 St. James Avenue  
Boston, MA 02116  
(617) 523-2700  

Jack R. Pirozzolo (BBO #400400)  
Richard L. Binder (BBO # 043240)  
WILLCOX, PIROZZOLO & MCCARTHY  
50 Federal Street  
Boston, MA 02110  
(617) 482-5470  

Date: October 8, 2004

# 2297460_v1